THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* MAXWELL R. SLOANE and JACOB WALDORF, Appellants.

Submitted November 28, 1938; decided January 3, 1939.

*Milton Smith* for appellants.

*William F. X. Geoghan, District Attorney (Henry J. Walsh* of counsel), for respondent.

As to each defendant: orders affirmed. No opinion.

Concur: LEHMAN, O'BRIEN, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: CRANE, Ch. J., and HUBBS, J.